

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00010-CV

| | | |
|---|---|---|
| ALEXANDER FRASIER AND HITOMI FRASIER, Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-322104-20) |
| V. | § | February 17, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| KATHLEEN ANN SHAFEEQ, Appellee | § | Dissenting Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's summary-judgment order. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that appellee Kathleen Ann Shafeeq shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
  Justice Brian Walker